IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KARIN SCISSEL, as guardian of**                                    **PLAINTIFF**
**KAITLYN SAENZ, a minor**

v.                      **CASE NO. 2:23-CV-00153-BSM**

**JESSICA COLEBANK, et al.**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the orders entered on December 15, 2023 [Doc. No. 21] and today, this case is dismissed.

IT IS SO ORDERED this 31st day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE